IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES SMITH,                                     No. C 09-01300 SI

    Plaintiff,                                    **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

v.

WACHOVIA, WACHOVIA MORTGAGE CORPORATION, and DOES 1-10,

    Defendants.

       On July 6, 2009, this Court issued an order granting defendants' motion to dismiss plaintiff's complaint with leave to amend. The Court instructed plaintiff that if he wished to file an amended complaint, he must do so by July 15, 2009. Plaintiff failed to file an amended complaint by that deadline. Accordingly, this case shall be dismissed. As plaintiff is representing himself, the Court finds that the proper disposition of this case is dismissal without prejudice.

       **IT IS SO ORDERED.**

Dated: July 29, 2009

                                                         SUSAN ILLSTON
                                                         United States District Judge