**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SMITH, | No. C 09-01300 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WACHOVIA, WACHOVIA MORTGAGE CORPORATION, and DOES 1-10, | |
| Defendants. / | |

This action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 29, 2009

SUSAN ILLSTON
United States District Judge